## (September 20, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TELLERI, DANIEL AMODEO, ANDREW BIONDO and EDWARD MASSA, Appellants.— Motion by the People to dismiss appeals on the ground that a notice of appeal was not timely filed although timely service was made on the District Attorney. Motion denied (Code Crim. Pro., § 524-a). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOE (ARNOLD RICE), Appellant.— Motion by appellant to dispense with printing on an appeal from a judgment of the Court of Special Sessions of the City of New York, Kings County, rendered May 1, 1963, convicting him of unlawful assembly. On the court's own motion, the appeal and the motion are transferred to the Appellate Term of the Supreme Court, Second Judicial Department. That court is now vested with the jurisdiction to determine this appeal and all motions incident thereto (see order of this court No. 47, dated July 12, 1962; N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ DORAN LUMBER CORP. et al., Respondents, v. JAMES TALCOTT, INC., Appellant.— Motion by appellant for a stay of trial pending determination of appeal, dismissed on the ground that the motion papers were not served within the time prescribed by the Civil Practice Law and Rules (CPLR, rule 2214, subd. [b]). Beldock, P.J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

## (September 23, 1963)

■ JEAN DE SPIRITO et al., Respondents, v. BERNARD LEVINE, Appellant.— In a negligence action to recover damages for personal injury and loss of services, defendant appeals from an order of the Supreme Court, Westchester County, entered March 19, 1963 on the court's own motion after a pretrial conference, which granted a preference in trial. Order reversed, without costs; preference vacated; and action restored to its regular position on the calendar. The record fails to disclose any basis for the granting of a preference (cf. *Abramson v. Kenwood Labs.*, 17 A D 2d 626; *Sinclair v. Amherst Bldrs. Supply & Fuel Corp.*, 19 A D 2d 560). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.